1  DONNA M. MEZIAS (SBN 111902)
   DOROTHY F. KASLOW (SBN 287112)
2  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
3  San Francisco, CA 94104
   Telephone: (415) 765-9500
4  Facsimile: (415) 765-9501
   dmezias@akingump.com
5  dkaslow@akingump.com

6  Attorneys for Defendant
   AT&T Mobility Services, LLC
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RODRIGUEZ and ADEN KHACHADOORIAN MAMORE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES, LLC., a Delaware corporation; AT&T, a business entity of unknown form; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-04567-WHO<br><br>[Assigned for All Purposes to Hon. William H. Orrick]<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br><br>Complaint Filed: May 18, 2016<br>Removal Date: August 11, 2016 |

| | |
|---|---|
| 1 | **STIPULATION AND ORDER** |
| 2 | Pursuant to Local Rules 6-2 and 7-12, plaintiffs Marco Rodriguez and Aden Khachadoorian |
| 3 | Mamore ("plaintiffs") and defendant AT&T Mobility Services, LLC by and through their counsel of |
| 4 | record, hereby enter into this stipulation to continue the May 30, 2017 Supplemental Case |
| 5 | Management Conference, based on the following facts and circumstances: |
| 6 | 1. The mediation for this case is currently scheduled for May 31, 2017; this was the |
| 7 | earliest mediation date the parties were able to obtain with the agreed mediator; |
| 8 | 2. Continuing the Supplemental Case Management Conference for a few weeks to a date |
| 9 | after the mediation is completed will promote judicial efficiency. |
| 10 | **NOW, THEREFORE**, plaintiffs and defendant hereby stipulate and agree as follows: |
| 11 | 1. That the deadline to complete mediation is continued to June 16, 2017. |
| 12 | 2. That the Supplemental Case Management Conference currently scheduled for May 30, |
| 13 | 2017 at 2:00 p.m. shall be continued to July 11, 2017 at 2:00 p.m. before this Court. |
| 14 | 3. The parties shall confer and file a joint case management statement by ~~July 4~~ July 5, 2017. |

Dated: May 17, 2016

Respectfully submitted,
AKIN GUMP STRAUSS HAUER & FELD LLP

By  */S/ Donna M. Mezias*
Donna M. Mezias**
Attorneys for Defendant
AT&T Mobility Services, LLC

1
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: May 17, 2016 | Respectfully submitted,<br>DAVID YEREMIAN & ASSOCIATES, INC. |
| 2 | | |
| 3 | | By       /s/ *David Yeremian* |
| 4 | | David Yeremian<br>Attorneys for Plaintiffs |

7  ** Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11  Dated: May 19, 2017

                              Hon. William H. Orrick
                            United States District Court Judge