DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiffs MARCO RODRIGUEZ
and ADEN KHACHADOORIAN MAMORE,
on behalf of themselves, all others similarly situated,
and the general public

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO RODRIGUEZ and ADEN KHACHADOORIAN MAMORE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T MOBILITY SERVICES, LLC., a Delaware corporation; AT&T, a business entity of unknown form; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:16-cv-04567-WHO<br><br>Assigned to: Hon. William H. Orrick<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL OF CLASS ACTION COMPLAINT PURSUANT TO FRCP, RULE 41 AND JOINT STIPULATION OF SETTLEMENT** |

# **ORDER**

The Court has reviewed and considered the Joint Request for Dismissal of Class Action Complaint Pursuant to Rule 41 and the Joint Stipulation of Settlement. The Court orders this action dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: _March 22, 2018_____



The Honorable William H. Orrick
JUDGE OF THE DISTRICT COURT